# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD HAIRE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 10-3699 |
| | : | |
| MICHAEL W. CURLEY, et al., | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this 4th day of January, 2011, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' Answer thereto, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated December 17, 2010, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**MITCHELL S. GOLDBERG, J.**